IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 HEALTH & WELFARE FUND, et al., | : : : : | CIVIL ACTION NO. 22-cv-3968 |
| *Plaintiffs*, | : | |
| v. | : : | |
| DURIAN ELECTRIC, LLC and RASHETA C. JUNIOUS | : : : | |
| *Defendants.* | : | |

**NOTICE OF WITHDRAWAL BY VOLUNTARY DISMISSAL**

Plaintiffs hereby withdraw the above-captioned lawsuit by voluntary dismissal of both defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                                        CLEARY, JOSEM & TRIGIANI, LLP

                            BY: /s/*Jeremy E. Meyer*
                                JEREMY E. MEYER, ESQUIRE
                                Constitution Place
                                325 Chestnut Street, Suite 200
                                Philadelphia, PA 19106
                                (215) 735-9099

Dated: October 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a true and correct copy of the foregoing *Withdrawal by Voluntary Dismissal* was served upon the following by U.S. Mail, postage prepaid:

>Rasheta C. Junious
>Durian Electric LLC
>3709 Jones Street
>Drexel Hill, PA 19026

>/s/Jeremy E. Meyer
>Jeremy E. Meyer, Esquire
>*Counsel for Plaintiffs*

October 21, 2022